DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S. V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT PAUL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> v. <br> ROBERT PAUL GONZALEZ, <br> *Defendant*. | NO.  1:08-cr-00209 AWI <br><br> ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c) <br><br> Judge: Hon. Anthony W. Ishii |

The Application for Subpoena Duces Tecum filed by defendant ROBERT PAUL GONZALEZ **IS HEREBY GRANTED** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Los Angeles County Sheriff's Department, 4700 Ramona Blvd., Monterey Park, California, 91754; Tel: (323) 267-4800 for production of the following records which are relevant to the above-referenced proceedings:

(1) The personnel files of former Los Angeles County Sheriff's  Deputy William Killian, which concern, refer or relate to perjurious conduct, acts of dishonesty or complaints of racial bias, unlawful arrest or use of force, and that such files be viewed *in camera* to determine if those portions of the officers' personnel files ought to be made available to defense counsel for impeachment purposes. *U.S. v. Henthorn*, 931 F.2d 29 (1991); *U.S. v. Dominguez-Villa*,  954 F.2d 562 (9th Cir. 1992).

IT IS SO ORDERED.

Dated:    **October 21, 2008**          /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE