1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, U.S. V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT PAUL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:08-cr-00209 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL PEACE OFFICER PERSONNEL INFORMATION |
| v. | ) | |
| ROBERT PAUL GONZALEZ, | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED,** by and between the parties, to wit, counsel for the defense, DOUGLAS J. BEEVERS, Office of the Federal Public Defender, and counsel for the prosecution, THOMAS BRENNAN, United States Attorney's Office as follows:

The Los Angeles Sheriff's Department is producing, pursuant to subpoena duces tecum, documents deemed confidential under California state law, i.e., personnel records of peace officers.  See Cal. Pen. Code §832.7.  Such documents shall hereinafter be referred to as "Confidential Information."  The parties agree that the following terms and conditions of this Protective Order shall govern the use and disclosure of Confidential Information and information derived therefrom.

1. Under no circumstances shall Confidential Information be used in any proceeding other than the instant case or be disseminated, in any form, except by court order.

///

2. Under no circumstances shall Confidential Information either orally, or by written form, be inputted into any computer program or database or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel.  This does not apply to any computed program or case file maintained specifically as to this criminal action.

3. Disclosure of Confidential Information shall be limited to the personnel and/or classification of persons listed below:

    (a) Counsel for any party to this action;

    (b) Staff personnel employed by counsel for any party;

    (c) The court and its personnel, in connection with this litigation;

    (d) Experts or consultants retained to work on this case by counsel for any party to this case; and

    (e) Investigators retained by counsel for any party to this case, as indicated above.

4. Defense counsel shall not provide to the defendant, either orally or in writing, with the addresses and telephone numbers of persons identified within the Confidential Information, but may discuss the information obtained from any investigation conducted with complainants or witnesses.

5. Counsel for any party to this action shall advise those individuals to whom disclosure of Confidential Information is to be made of the contents of this Protective Order, and such counsel shall obtain the consent of such individual that he or she will be bound by this Protective Order.  In the event such individual does not consent to be bound by this Protective Order, no disclosure of Confidential Information will be made to such individual.

6. Any counsel, expert, consultant or investigator retained by counsel for any party to this case shall not refer to Confidential Information in any other court proceeding subject to further order of this court.

7. This Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of Confidential Information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise, until further order of the court.

8. Nothing in this Protective Order is intended to prevent officials or employees of the Los Angeles County Sheriff's Department, individual Deputy Sheriffs, or other authorized individuals from having access to Confidential Information to which they would have had access in the normal course of their duties.

SO STIPULATED.

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                FEDERAL PUBLIC DEFENDER

DATED: November 10, 2008         By  /s/ Douglas J. Beevers
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Counsel for Defendant
                                ROBERT PAUL GONZALEZ

                                McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

DATED: November 10, 2008         By
                                THOMAS BRENNAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   November 10, 2008**                   **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE