**FILED**

NOV 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiffs, ) | No. 1:08-CR-209 LJO |
| ) vs. ) | ORDER OF RELEASE |
| ) ROBERT PAUL GONZALEZ, ) | |
| )  Defendant. ) | |

The above named defendant having been found not guilty on November 18, 2008,

IT IS HEREBY ORDERED that the defendant shall be released forthwith, as it pertains to this case only.

DATED: Nov 18, 2008

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1