# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **JUDGMENT OF** |
| | ) | **ACQUITTAL** |
| | ) | |
| | ) | |
| | ) | **1:08-CR-209 LJO** |
| vs. | ) | |
| | ) | |
| ROBERT PAUL GONZALEZ | ) | |
| _____ | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

IT IS SO ORDERED.

**Dated:   November 19, 2008**             **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE